## Commonwealth *v.* Emerick, Appellant.

 Submitted November 13, 1972. *Timothy J. Sullivan, Jr.,* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition, including the issue of ineffective representation by counsel.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Farkas, Appellant.

 Argued November 16, 1972. *Carl M. Moses,* Assistant Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.